UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:19-cv-23171-KMW

Silverboys, LLC,

    Plaintiff,

v.

Sofia Joelsson, SOJO Design, LLC,
Chayanne Xavier Coe, Cudesso, LLC,
Sofia Joelsson Design, LLC, Joelsson Enterprise
Managers, LLC, Sofia Joelsson Enterprises, LLC,
Limited Edition, LLC, Design Ops, Inc., Spa Ricci,
LLC, 4TEEN7TY, LLC, Total Window, Inc.,
Bon Vivant Custom Woodworking, Inc.,
Fine Surfaces and More, Inc., and Visser Closets,
Inc.

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

Pursuant to this Court's Order entered on October 28, 2019 (D.E. 8), Plaintiff Silverboys, LLC respectfully provides notice that all remaining Defendants have been served with a copy of the Complaint in this matter.  For Defendants Sofia Joelsson, SOJO Design, LLC, Chayanne Xavier Coe, Spa Ricci, LLC and 4TEEN7TY, LLC, counsel has agreed to accept service as noted on the attached **Exhibit A**.  For all other remaining Defendants, Returns of Service were filed on the Court's docket.  (*See* D.E. Nos. 11-15, 17-20, and 22.)

Dated: November 8, 2019          Respectfully submitted,

                                       By: */s/James R. Bryan*
                                       Scott B. Cosgrove
                                       Florida Bar No. 161365
                                       James R. Bryan
                                       Florida Bar No. 696862

                         **LEÓN COSGROVE, LLP**
                         255 Alhambra Circle, Suite 800
                         Coral Gables, Florida 33133
                         Telephone: (305) 740-1975
                         Facsimile: (305) 437-8158
                         Email: scosgrove@leoncosgrove.com
                         Email: jbryan@leoncosgrove.com
                         Email: anoonan@leoncosgrove.com
                         Email: lburns@leoncosgrove.com

                         *Counsel for Silverboys, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which in turn will serve a copy by electronic mail to all counsel of record.

                                        By: */s/James R. Bryan*
                                              James R. Bryan