## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SILVERBOYS, LLC,                                              CIVIL ACTION NO.: 19-cv-23171-KMW

      Plaintiff,

v.

SOFIA JOELSSON, SOJO DESIGN, LLC,
CHAYANNE XAVIER COE, CUDESSO, LLC,
SOFIA JOELSSON DESIGN, LLC, JOELSSON
JOELSSON ENTERPRISE MANAGERS, LLC,
SOFIA JOELSSON ENTERPRISES, LLC,
LIMITED EDITION, LLC, SOJO LIVING LLC,
LIMITED EDITION CURATION, LLC, DESIGN OPS, INC.,
SPA RICCI, LLC, 4TEEN7TY LLC, TOTAL WINDOWS, INC.,
BON VIVANT CUSTOM WOODWORKING, INC.,
FINE SURFACES AND MORE, INC., AND VISSER CLOSETS, INC.

      Defendants.
_____/

## BON VIVANT CUSTOM WOODWORKING, INC.'S
## REPLY STATEMENT OF MATERIAL FACTS TO
## PLAINTIFF'S RESPONSE STATEMENT OF MATERIAL FACTS [D.E. 238]

Defendant, BON VIVANT CUSTOM WOODWORKING, INC. ("Bon Vivant"), by and through its undersigned counsel, pursuant to Local Rule 56.1(b)(3)(B), files this Reply Statement of Material Facts to Plaintiff's Response Statement of Material Facts [D.E. 238]:

12. Disputed. The record testimony shows that Bon Vivant did not have knowledge of whether it was bidding against any other vendors for the work on the Project; but, that it bid competitively for the work based on a work history of thousands of bids over 30 years. *See* Bon Vivant SOF, at Ex. C, 100:8-22.

13. Disputed. Bon Vivant did not charge any fees above its customary rates. *See* Bon Vivant SOF Exhibit "B" at ¶¶ 7-8; *see also* Exhibit "C" at 163:12-18.

14. Disputed. What is deemed "consistent", as between testimony from one deponent to another, is arbitrary, subjective, irrelevant and not a statement of *fact*, material or otherwise. *See also*, Bon Vivant's argument as to same in Paragraph 3 of its Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

15. Disputed. *See* Bon Vivant SOF Exhibit "B" at ¶¶ 7-8 and Exhibit "C" at 163:12-18; *see also* Bon Vivant's arguments as to the admissibility and reliability of Plaintiff's cited exhibits, as included in Paragraphs 4 & 5 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

16. Disputed. What is deemed "consistent", is arbitrary, subjective, and not a statement of *fact*, material or otherwise. Further, *see* Bon Vivant SOF Exhibit "B" at ¶¶ 7-8 and Exhibit "C" at 163:12-18; *see also* Bon Vivant's arguments as to the admissibility and reliability of Plaintiff's cited exhibits, as included in Paragraphs 4-8 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

17. Disputed. Bon Vivant does not possess knowledge of SOJO's financial arrangement's or agreements with Plaintiff on this project. *See* Bon Vivant SOF at ¶¶ 1 & 3.

18. Disputed. *See* Bon Vivant SOF Exhibit "B" at ¶¶ 7-8 and Exhibit "C" at 163:12-18; *see also* Bon Vivant's arguments as to the admissibility and reliability of Plaintiff's cited exhibits, as included in Paragraphs 4-8 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

19. Disputed. *See* Bon Vivant's argument as to the admissibility and reliability of Plaintiff's cited exhibit, together with the relevance of same as supporting its opposition to Bon Vivant's Joinder, as presented in Paragraph 7 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

20. Disputed. *See* Bon Vivant's argument as to the admissibility and reliability of Plaintiff's cited exhibit, as presented in Paragraph 7 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

21. Disputed. *See* Bon Vivant's argument as to the admissibility and reliability of Plaintiff's cited exhibit, as presented in Paragraph 8 of Bon Vivant's Reply to Plaintiff's Opposition to Bon Vivant's Joinder in Total Window's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF on August 20, 2021, and a copy of same will be served by the E-Filing Portal via E-mail upon counsel or parties registered on the CM/ECF system.

Kubicki Draper
*Counsel for Bon Vivant Custom Woodworking, Inc.*
13350 Metro Parkway, Suite 401
Fort Myers, FL 33966
(239) 334-8403
E-Service: MMK-KD@kubickidraper.com

By: */s/ Michael A. Valverde*
    MICHELLE M. KRONE
    Florida Bar No.: 0189073
    MICHAEL A. VALVERDE
    Florida Bar No.: 0091239