IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-23171-KMW

SILVERBOYS, LLC,

    Plaintiffs,
v.

SOFIA JOELSSON, SOJO DESIGN, LLC,
CHAYANNE XAVIER COE, CUDESSO, LLC,
SOFIA JOELSSON DESIGN, LLC, JOELSSON
ENTERPRISE MANAGERS, LLC, SOFIA
JOELSSON ENTERPRISES, LLC,
LIMITED EDITION, LLC, DESIGN OPS, INC.,
SPA RICCI, LLC, 4TEEN7TY, LLC, TOTAL
WINDOW, INC., BON VIVANT CUSTOM
WOODWORKING, INC., FINE SURFACES
AND MORE, INC., AND VISSER CLOSETS,
INC.,
    Defendants.
_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action with respect to Sofia Joelsson, SOJO Design, LLC, Chayanne Xavier Coe, Cudesso, LLC, Joelsson Enterprise Managers, LLC, Sofia Joelsson Design, LLC, Sofia Joelsson Enterprises, LLC, be, and it hereby is dismissed, with prejudice. Each party will bear its own costs and fees.

1

| | |
|---|---|
| Dated: New York, New York<br>November 10, 2021 | Dated: Coral Gables, Florida<br>November 10, 2021 |
| WALDEN MACHT & HARAN, LLP | CORNISH HERNANDEZ GONZALEZ, PLLC |
| /s/ *Milton Williams*<br>Milton L. Williams (pro hac vice)<br>mwilliams@wmhlaw.com<br>Jonathan Z. DeSantis (FBN 112446)<br>jdesantis@wmhlaw.com<br>250 Vesey Street, 27th Floor<br>New York, New York 10281<br>Tel: (212) 335-2030<br><br>*Attorneys for Plaintiff,*<br>Silverboys, LLC | /s/ *Igor Hernandez*<br>Igor Hernandez (FBN 106386)<br>Ihernandez@chglawyers.com<br>2525 Ponce de Leon Blvd. Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 501-8021<br><br>*Attorney for Defendants,*<br>Sofia Joelsson, SoJo Design, LLC, Chayanne Xavier Coe, Cudesso, LLC, Sofia Joelsson Design, LLC, Joelsson Enterprise Managers, LLC, Sofia Joelsson Enterprises, LLC, |